UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA

       -v.-                            ORDER

PEDRO CHINNERY, *et al.*,              21-CR-463-1 (CS)

             Defendants.
--------------------------------------------------------x

Seibel, J.

For the reasons stated on the record at the status conference on October 27, 2021, the

motions filed *pro se* by Defendant Pedro Chinnery, (ECF No. 34), are denied.

Dated: November 8, 2021
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.