UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v-

PEDRO CHINNERY,
JERMAINE LIGHTFOOT,
STAN JONES,
DAVID McCRONE, and
JASON BRANDT,
              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

[Proposed] ORDER FOR
CONTINUED CUSTODY OF
PROPERTY PURSUANT
TO 21 U.S.C. § 853

21 Cr. 463 (CS)

WHEREAS, the Government has applied for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

WHEREAS, the property in question includes the following assets:

    a.    2017 Mercedes Benz GLE63, VIN Number: 4JGED7FB3HA081413 seized on or about June 21, 2021 in Queens, New York;

    b.    The following items of jewelry seized from Stanley Jones on or about June 21, 2021:
        (i)    One "Karkashian" necklace;
        (ii)    One rose colored Rolex watch; and
        (iii)    One "Cartier" gold-colored bracelet

    c.    $8,427.85 in United States currency seized on or about June 21, 2021 from Stanley Jones.

(collectively, the "Subject Property");

WHEREAS, the Subject Property is currently in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the instant case so that it will be available for forfeiture;

1

WHEREAS, the Subject Property is alleged to be forfeitable to the United States pursuant to Title 21, United States Code, Section 853, as proceeds traceable to the offenses charged in Counts One and Two of the Indictment and/or property facilitating the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, there is probable cause to believe the Subject Property is subject to forfeiture as proceeds traceable to the offenses charged in Counts One and Two of the Indictment and/or property facilitating the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture; and

WHEREAS, this Order satisfies the Government's obligations to preserve its right to maintain custody of the Subject Property under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II);

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including the United States Marshals Service, are authorized to maintain and preserve the Subject Property until the conclusion of the instant case, pending further Order of this Court.

Dated:      White Plains, New York
            January __11__, 2022

SO ORDERED:

*Cathy Seibel*
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2